**Order filed, November 15, 2016.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00374-CV

————————

## MISHA FERGUSON ET AL, Appellant

## V.

## QIAO ZHOU ET AL, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1073353**

## ORDER

Appellant is proceeding in this appeal without prepayment of costs. *See* Tex. R. App. P. 20.1. The reporter's record in this case was due **June 27, 2016**. *See* Tex. R. App. P. 35.1. On September 29, 2016, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lisa Moody Fort**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Lisa Moody Fort** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM